IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FELIX LYLE COWAN,     PETITIONER, | § § § | |
| v. | § § | Civil Action No. 4:07-CV-402-Y |
| DEE ANDERSON, SHERIFF, TARRANT COUNTY, TEXAS,     RESPONDENT. | § § § | |

**FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND NOTICE AND ORDER**

This cause of action was referred to the United States Magistrate Judge pursuant to the provisions of 28 U.S.C. §636(b), as implemented by an order of the United States District Court for the Northern District of Texas. The Findings, Conclusions, and Recommendation of the United States Magistrate Judge are as follows:

**I. FINDINGS AND CONCLUSIONS**

**A.   NATURE OF THE CASE**

This is a petition for writ of habeas corpus by a state prisoner pursuant to 28 U.S.C. § 2254.

**B.   PARTIES**

Petitioner Felix Lyle Cowan, ID # 0310444, is a state prisoner who was incarcerated in the Tarrant County jail at the time of the filing of this petition. Cowan is no longer confined in the Tarrant County jail, and his whereabouts are unknown.

Respondent Dee Anderson is the Sheriff of Tarrant County, Texas.

**C.   PROCEDURAL HISTORY**

At the time this petition was filed in the Dallas Division, Cowan was apparently confined

in the Tarrant County jail pending misdemeanor criminal trespass charges. (Petition at 2.) Documents sent to Cowan at the Tarrant County jail, including the July 10, 2007 "Findings, Conclusions and Recommendation of the United States Magistrate Judge" and the July 13, 2007 "Order and Notice of Deficiency" have been returned to the clerk's office undeliverable reflecting that Cowan is no longer in the Tarrant County jail. *See* CM/ECF, Criminal Docket for Case # 4:07-CV-402-Y, docket entries for July 13 and July 19, 2007. Furthermore, the Texas Department of Criminal Justice (TDCJ), Offender Information Detail, *available at* http://www.tdcj.state.tx.us/offender_information, indicates that there is no offender matching Cowan's SID identification number in custody of TDCJ at this time. As of this date, Cowan has not provided a change of address to the Court.

### D.     DISCUSSION

Cowan's claim that he is being illegally confined in the Tarrant County jail is now moot in that he has in fact been released from confinement. Because this court can no longer provide him with the relief he seeks, dismissal of this petition is appropriate as moot. *See Bailey v. Southerland*, 821 F.2d 277, 278-79 (5th Cir. 1987); *McRae v. Hogan*, 576 F.2d 615, 616-17 (5th Cir. 1978).

### II.  RECOMMENDATION

It is recommended Cowan's petition for writ of habeas corpus be dismissed as moot.

### III.  NOTICE OF RIGHT TO OBJECT TO PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATION AND CONSEQUENCES OF FAILURE TO OBJECT

Under 28 U.S.C. § 636(b)(1), each party to this action has the right to serve and file specific written objections in the United States District Court to the United States Magistrate Judge's proposed findings, conclusions, and recommendation within ten (10) days after the party has been

served with a copy of this document. The court is extending the deadline within which to file specific written objections to the United States Magistrate Judge's proposed findings, conclusions, and recommendation until August 9, 2007. The United States District Judge need only make a *de novo* determination of those portions of the United States Magistrate Judge's proposed findings, conclusions, and recommendation to which specific objection is timely made. *See* 28 U.S.C. § 636(B)(1). Failure to file by the date stated above a specific written objection to a proposed factual finding or legal conclusion will bar a party, except upon grounds of plain error or manifest injustice, from attacking on appeal any such proposed factual finding or legal conclusion accepted by the United States District Judge. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc op. on reh'g); *Carter v. Collins*, 918 F.2d 1198, 1203 (5th Cir. 1990).

## IV.  ORDER

Under 28 U.S.C. § 636, it is ORDERED that each party is granted until August 9, 2007, to serve and file written objections to the United States Magistrate Judge's proposed findings, conclusions, and recommendation. It is further ORDERED that if objections are filed and the opposing party chooses to file a response, a response shall be filed within seven (7) days of the filing date of the objections.

It is further ORDERED that the above-styled and numbered action, previously referred to the United States Magistrate Judge for findings, conclusions, and recommendation, be and hereby is returned to the docket of the United States District Judge.

SIGNED July 19, 2007.

                                        /s/  Charles Bleil
                                  CHARLES BLEIL
                                  UNITED STATES MAGISTRATE JUDGE