```
IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF TEXAS
            FORT WORTH DIVISION
```

FELIX LYLE COWAN,                §
    Petitioner,             §
VS.                              §   CIVIL ACTION NO.4:07-CV-402-Y
                                 §
NATHANIEL QUARTERMAN, Director,  §
T.D.C.J., Correctional           §
Institutions Div.,               §
    Respondent.             §

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2254 of petitioner Felix Lyle Cowan, along with the July 19, 2007, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until August 9, 2007, to file written objections to the findings, conclusions, and recommendation. Cowan has been released from the Tarrant County jail and has not updated his address of record as required by the local rules. As such, his copy of recent orders have been returned with the notation "Return to Sender--Not in Tarrant County Jail," and he has not filed any written objections.

The Court has reviewed the pleadings and the record in this case and has reviewed for clear error the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on July 19, 2007. The Court concludes that the petition for writ of habeas corpus should be dismissed as moot, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Petitioner Felix Lyle Cowan's petition for writ of habeas corpus is DISMISSED as moot.

SIGNED August 17, 2007.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE